# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**ISMAEL GODINEZ PEREZ**,
    Petitioner,

v.                                                                                          2:25-cv-429-JES-NPM

**SECRETARY KRISTI NOEM**, and
**FIELD OFFICE DIRECTOR GARRETT RIPA**;
    Respondents,

---

## ORDER

Ismael Godinez Perez seeks a Writ of Habeas Corpus. His petition warrants a response. The clerk is **DIRECTED** to send copies of the petition (Doc. 1), its exhibits, and this order, **electronically** to the United States Attorney's Office in Tampa and by **certified mail** to the United States Department of Homeland Security.

On or before **June 30, 2025**, the Respondents must respond to all allegations, grounds, and arguments in the petition and show cause why it should not be granted.

The petitioner may file a reply to the response, but is not required to do so. Any reply must be filed within **21 days** after the response is filed. The court will not address new grounds raised in a reply. *See United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006). A reply must not exceed **10 pages**.

**ORDERED** on May 30, 2025

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
United States Magistrate Judge